IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BERNIE CLEVELAND**,

**Plaintiff,**

v.

**LT. TURNER, et al.,**

**Defendants.**                                                             No. 08-0371-DRH

ORDER

**HERNDON, Chief Judge:**

On June 8, 2010, Magistrate Judge Donald G. Wilkerson entered a Show Cause Order directing Cleveland to respond in writing on or before July 8, 2010 why the Court should not dismiss with prejudice his complaint for want of prosecution and for failure to respond to Court Orders (Doc. 53). Judge Wilkerson's Show Cause Order set forth in detail Cleveland's insufficiencies/lack of interest in litigating this lawsuit. As of this date, Cleveland has not responded to the Show Cause Order or has not contacted the Court regarding this case. Pursuant to **Federal Rule of Civil Procedure 41(b)**, the Court **DISMISSES with prejudice** Cleveland's cause of action for want of prosecution and for failure to follow Court Orders. *See Ball v. City of Chicago*, **2 F.3d 752 (7th Cir. 1993)**. Further, the

Court **DENIES as moot** the pending motions in this case. Lastly, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 5th day of August, 2010.

/s/     David R Herndon
**Chief Judge**
**United States District Court**