## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

BERNIE B. CLEVELAND,

**Plaintiff,**

**v.**

**LT. TURNER, et al.,**

**Defendants.**                                    No. 08-0371-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court for the purpose of docket control.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court signed on August 5, 2010 by Chief Judge David R. Herndon, judgment is entered in favor of the defendants, **LT. TURNER, C/O BAKER, NURSE TRACY, NURSE LANE, NURSE FARRIS and DOCTOR GARDNER,** and against the plaintiff, **BERNIE B. CLEVELAND**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court entered on April 21, 2009 by Chief Judge David R. Herndon, judgment is entered in favor of defendants, **DAN, UNKNOWN PARTY, ADJUSTMENT COMMITTEE CHAIRPERSON, UNKNOWN PARTY - JOHN DOE #1-4, LIEUTENANTS AND CORRECTIONAL OFFICERS, C/O REDDING,** and against the plaintiff, **BERNIE B. CLEVELAND.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court entered on July 9, 2009  by Chief Judge David R. Herndon, judgment is entered in favor of defendants, **ROGER E. WALKER, JR., DANNY HEARTLINE, C/O TOWNSEND, SERGEANT COYLEAS, SERGEANT OWENS, MARY DOLCE, MARK L. HARTMAN, T. KISRO, JAMES D. BLADE, JORDAN DAVENPORT, CAROLE A. McBRIDE, MICHAEL F. YOUNG, C/O STANTON, C/O HAGGER, C/O FRIEMAN, C/O MASON, C/O SPILLER, DANIEL AUSTIN, LT. RUNYON and LT. JORDAN** and against the plaintiff, **BERNIE B. CLEVE-LAND.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the return  of service unexecuted as to defendant **S. HILL** on September 23, 2009 and **NURSE NACEY** on August 20, 2009, judgment is entered in favor of those defendants and against the plaintiff, **BERNIE B. CLEVELAND.**  This case is **DISMISSED** with prejudice in its entirety.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


**BY:** _____ **/s/Sandy Pannier** _____
                        **Deputy Clerk**

Dated: August 5, 2010


APPROVED: /s/      David R Herndon
                CHIEF JUDGE
                U. S. DISTRICT COURT